**COURT OF APPEALS FOR THE**



**ORDER**

Appellate case name:      City of Houston v. Martha Vogel and Maria Escalante

Appellate case number:    01-22-00071-CV

Trial court case number:  2019-75683

Trial court:              269th District Court of Harris County

It is ordered that the motion for en banc reconsideration is ☒ **DENIED** ☐ **GRANTED.**

Judge's signature: _____/s/ Sherry Radack_____
☐ Acting Individually ☒  Acting for the Court

En Banc Court consists of: Chief Justice Adams and Justices Kelly, Goodman, Landau, Hightower, Countiss, Rivas-Molloy, Guerra, Farris, and Radack.*

*The Honorable Sherry Radack, Senior Justice, Court of Appeals, First District of Texas at Houston, sitting by assignment. *See* TEX. R. APP. P. 41.2(a).

Date: \_\_January 12, 2023\_\_\_\_\_